■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MITCHELL TAEBEL, Appellant. [28 NYS3d 863]—Judgment, Supreme Court, New York County (Michael R. Sonberg, J.), rendered May 10, 2013, as amended May 15, 2013, convicting defendant, after a jury trial, of attempted assault in the second degree and assault in the third degree, and sentencing him to an aggregate term of six months, with five years' probation, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's determinations concerning credibility. The evidence refuted defendant's justification defense, and established his intent to cause serious physical injury.

We have considered and rejected defendant's pro se arguments. Concur—Sweeny, J.P., Saxe, Moskowitz, Gische and Webber, JJ.